UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

- against -

JOHN DOE, *subscriber assigned IP address 47.16.118.148*,

                Defendant.
------------------------------------------------------------------X

**ORDER ADOPTING REPORT AND RECOMMENDATION**

2:18-cv-5305 (DRH) (SIL)

**HURLEY, Senior District Judge:**

      Presently before the Court is the Report and Recommendation of Magistrate Judge Steve I. Locke, dated November 12, 2020 (the "R&R" [DE 20]), recommending that Plaintiff Strike 3 Holdings, LLC's motion for default judgment be granted and that Plaintiff be awarded: (1) $108,750.00 in statutory damages; (2) an injunction prohibiting Defendant from further infringement and ordering Defendant to destroy all copies of and digital media files relating to the Films;[1] (3) $400.00 in fees and costs; and (4) post-judgment interest pursuant to 28 U.S.C. § 1961(a). More than fourteen (14) days have passed since service of the R&R and no objections have been filed. [DE 21]

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result. For that reason, this Court adopts the November 12, 2020 R&R of Judge Locke as if set forth herein. Accordingly,

---

[1]     The term "Films," as defined in the R&R, refers to the copyrighted films of which Plaintiff is the registered owner. R&R at 2.

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment is granted and Plaintiff is awarded $108,750.00 in statutory damages and $400.00 in fees and costs plus post-judgment interest thereon pursuant to 28 U.S.C. § 1961(a); and

**IT IS FURTHER ORDERED** that Defendant is hereby enjoined from directly, contributorily or indirectly infringing Plaintiff's rights under federal or state law in the films identified at DE 9-1 (a copy of which is attached hereto), including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute the Films, or to make the Films available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff; and

**IT IS FURTHER ORDERED** that Defendant is hereby ordered to destroy all copies of the Films identified at DE 9-1 that the Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization, and shall destroy all copies of the films identified at DE 9-1 transferred onto any physical medium or device in Defendant's possession, custody, or control; and

**IT IS FURTHER ORDERED** that the caption of the case be amended to reflect the true name of the defendant, to wit PAUL HELOSKIE, in lieu and instead of JOHN DOE, subscriber assigned IP Address 47.16.118.148.

The Clerk of Court is respectfully directed to enter judgment accordingly and close this case.

**SO ORDERED.**

Dated: Central Islip, New York      s/ Denis R. Hurley
      January 4, 2021                     Denis R. Hurley
                                               United States District Judge

Case 2:18-cv-05305-DRH-SIL   Document 9-1   Filed 04/05/19   Page 1 of 9 PageID #: 91

**Exhibit A to the Complaint**

**Location:** Seaford, NY
**Total Works Infringed:** 145

**IP Address:** 47.16.118.148
**ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | A5DA8214010955397B2ABE2FF43E286E4748056D | Blacked Raw | 07/07/2018 05:34:37 | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 05/19/2018 19:06:12 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C | Vixen | 07/23/2018 23:44:26 | 07/23/2018 | 09/01/2018 | 16920689213 |
| 4 | 06F39379F3307C4AF45B6ED9D488BCD8AD3FFDC1 | Blacked Raw | 07/12/2018 21:33:03 | 07/11/2018 | 07/19/2018 | 16822264644 |
| 5 | 06F79434931C13FC439AF646206E698DBF9E6913 | Blacked Raw | 04/09/2018 12:01:16 | 04/07/2018 | 05/19/2018 | 16665887604 |
| 6 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/21/2018 18:47:47 | 07/19/2018 | 09/01/2018 | 16920689708 |
| 7 | 082C43A6A41C30507682EB32F25A418C5223436D | Blacked | 02/05/2018 23:29:56 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 8 | 09E4DD5DED8676D79433C09E76F73797D7C23802 | Blacked Raw | 06/16/2018 01:50:58 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 9 | 0E866676FF5BC33726468B38B85730D083A38FB3 | Blacked | 04/17/2018 03:36:02 | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 10 | 0ED1618079E29D4BB708465328D67B227B1AA795 | Vixen | 03/11/2018 11:29:26 | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 11 | 0F45BB6442A36F52A9E5F4B7ECFA9D461091B278 | Vixen | 08/13/2018 09:22:24 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 12 | 1096CDDF4898046E37BF746EF1CBCCE9F23F5411 | Tushy | 04/27/2018 08:50:14 | 03/12/2018 | 04/17/2018 | PA0002116754 |
| 13 | 1259629B7BC4EDFE7335E9B60985FF6BC4CE2796 | Blacked | 12/27/2017 00:31:29 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 14 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 12/17/2017 03:36:10 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 15 | 17BF15EC3D53412E81C27027F379A0E1884268A5 | Tushy | 02/01/2018 01:59:16 | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 16 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 01/11/2018 11:53:42 | 01/09/2018 | 01/15/2018 | PA0002070945 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C | Blacked Raw | 07/01/2018 20:45:45 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 18 | 1CFA1A2D048B2B19BAE4AA5BF782E66D34B67A63 | Blacked | 12/12/2017 05:37:31 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 19 | 1D2FD532FA5B617A184A7544DBE4E872B1D9D43F | Vixen | 01/28/2018 10:04:31 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 20 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/12/2018 20:34:42 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 21 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 12/19/2017 09:23:51 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 22 | 245E7595EAF9BD032DBBCC7121C46D91F6011AA6 | Tushy | 06/05/2018 22:20:19 | 06/05/2018 | 06/30/2018 | 16761912618 |
| 23 | 295A05A664DE1E858CF8837D08EE731BA0BFEF92 | Tushy | 06/30/2018 19:09:50 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 24 | 295ABE0B80E145DCCE5F7114F7C5B80F7D4398F0 | Blacked | 01/31/2018 10:45:43 | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 25 | 2A605A06D26DD7077ED45EBD649947BA09AAD98D | Tushy | 08/10/2018 04:29:36 | 08/09/2018 | 09/01/2018 | 16920689855 |
| 26 | 2A960A6B8F66D6BB2EFFB0E3BE931CF9C97881E0 | Tushy | 01/07/2018 00:37:03 | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 27 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 12/13/2017 03:25:16 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 28 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | Blacked Raw | 01/13/2018 12:55:29 | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 29 | 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 | Blacked | 01/26/2018 04:12:08 | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 30 | 2E72092B0B63BE9DDE5FCE742CB522B62857ABCA | Tushy | 03/25/2018 23:18:52 | 03/22/2018 | 04/17/2018 | PA0002116092 |
| 31 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | Blacked | 03/26/2018 08:22:52 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 32 | 30DA489597F6D7CBEA57C6287564FA8325DBC4F8 | Blacked Raw | 06/18/2018 02:17:39 | 06/16/2018 | 06/30/2018 | 16761900312 |
| 33 | 31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB | Tushy | 05/07/2018 01:09:20 | 05/06/2018 | 05/19/2018 | 16665887739 |
| 34 | 32746C698A142D414674E13A5EC1C7491E5C2055 | Blacked | 02/20/2018 03:37:59 | 02/19/2018 | 03/02/2018 | PA0002104735 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 34B848F2164ECCC533C071B9A0E3B0F3D05A3518 | Blacked Raw | 03/04/2018 02:36:02 | 03/03/2018 | 04/17/2018 | PA0002116063 |
| 36 | 35824768BF7B365F1CA830E078527B52C12DC631 | Tushy | 08/19/2018 23:34:36 | 08/19/2018 | 09/01/2018 | 16920689757 |
| 37 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Raw | 12/14/2017 10:57:26 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 38 | 36B7266729748819E444F7942B37F3EDD4208849 | Blacked Raw | 02/17/2018 00:36:22 | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 39 | 380BEF99349FCD39014E5500440BF20CDAA3EB24 | Blacked Raw | 01/22/2018 23:36:55 | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 40 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 12/28/2017 11:20:33 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 41 | 3C85CBC7F7F96114AAE02F72417BF3CD6177426F | Tushy | 12/18/2017 11:17:55 | 12/17/2017 | 01/24/2018 | PA0002101765 |
| 42 | 3F4C0253E2228A9EDE1621364527323DE26F2BE0 | Blacked | 08/08/2018 18:18:56 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 43 | 41F78D5492685571C1698A45C2B9D24E53275C1C | Blacked Raw | 08/05/2018 23:24:29 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 44 | 42730C2B510F6C5787C84F1C4F833F7ED8D2BB40 | Vixen | 05/25/2018 14:26:23 | 05/24/2018 | 06/30/2018 | 16755462372 |
| 45 | 437A365815BBF149F88F81185757E9329264CDE2 | Blacked Raw | 02/11/2018 20:56:32 | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 46 | 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 | Blacked Raw | 01/09/2018 07:22:42 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 47 | 450BF9E0938225411862819CF362767C314B55CD | Blacked | 01/06/2018 00:31:21 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 48 | 4646051A610C0D79644F84275F3138356FA1A355 | Tushy | 08/05/2018 01:30:03 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 49 | 468F8F9C289EBCD1B02725682736E024D3F22872 | Blacked Raw | 03/28/2018 23:17:17 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 50 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | Blacked Raw | 06/28/2018 08:59:04 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 51 | 4B7D7B6A92D5CA6940A7C12173B44A4B3D0D5D9E | Tushy | 07/10/2018 23:33:31 | 07/10/2018 | 07/19/2018 | 16822264585 |
| 52 | 4C0A6860372B31EAD5CF0A781499B0EE7BDF31AD | Tushy | 01/25/2018 14:59:02 | 01/21/2018 | 02/20/2018 | PA0002104191 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 4FBB2DAE667D46DDB9DA2ABC4CF931953CC20ABC | Blacked | 06/05/2018 04:12:36 | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 54 | 4FFDE0436D3756E42A316166ABAC63CCCD74B85F | Tushy | 06/18/2018 06:59:20 | 06/15/2018 | 06/30/2018 | 16758501818 |
| 55 | 5014F8161D9A5FA1CCC72274CBC327EC5493E72E | Blacked Raw | 01/03/2018 02:29:33 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 56 | 507E516DB1F7ED8BD291E77C7E357FDF30E3F23A | Blacked | 08/13/2018 22:50:29 | 08/13/2018 | 09/01/2018 | 16920689422 |
| 57 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 05/23/2018 20:50:02 | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 58 | 52676DB8AF414DEA769B50EB28C052C61D366D93 | Tushy | 03/25/2018 22:39:08 | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 59 | 55F7B9F32708505215277682261028FEDB590A60 | Blacked | 05/15/2018 21:58:14 | 05/15/2018 | 05/19/2018 | 16665888065 |
| 60 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Raw | 12/06/2017 09:36:00 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 61 | 59E3177605E126975D3EFD1D354C228B7D3751BA | Blacked | 07/14/2018 20:22:00 | 07/14/2018 | 07/19/2018 | 16822264220 |
| 62 | 5A7C78CF88CD25789E9A7A55AE43ECDFA52D5A82 | Blacked Raw | 08/20/2018 21:20:16 | 08/20/2018 | 09/01/2018 | 16920689540 |
| 63 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | Blacked | 07/02/2018 19:33:01 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 64 | 5EFCC9880947C80F73A6CDD0B960C1FEFA5E846A | Tushy | 03/18/2018 17:15:43 | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 65 | 5F6FB8DFB2DFD2AC9E2B50F5AEE4780448746B4F | Tushy | 06/10/2018 20:11:42 | 06/10/2018 | 06/30/2018 | 16761912569 |
| 66 | 6104B7F50999C9346F73522A4B8CFC0684D6B48E | Blacked Raw | 07/21/2018 19:24:53 | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 67 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 03/23/2018 02:20:57 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 68 | 6485D2C06BE7023990B69BE93812D5066B963ED4 | Blacked | 04/21/2018 04:07:50 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 69 | 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77 | Blacked | 05/20/2018 19:45:55 | 05/20/2018 | 06/30/2018 | 16761912270 |
| 70 | 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25 | Tushy | 07/06/2018 11:23:54 | 07/05/2018 | 07/15/2018 | 16822146372 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | Blacked | 07/12/2018 12:14:40 | 07/09/2018 | 07/15/2018 | 16822147171 |
| 72 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 12/16/2017 11:43:19 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 73 | 6A5BB9131C42102AFD77225E52B512136BD1649B | Tushy | 01/12/2018 09:59:14 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 74 | 6AB63175F1EEC028203EEB538462E20F68F425BA | Vixen | 05/15/2018 02:06:29 | 05/14/2018 | 05/19/2018 | 16665915595 |
| 75 | 7062CE085ADAEB4C8A9C3356920797FC31D15602 | Blacked | 04/30/2018 21:56:35 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 76 | 719DFEEFE44D4F5542BD2BCEAA73D7096DD3F340 | Blacked | 07/29/2018 19:31:47 | 07/29/2018 | 09/01/2018 | 16920624042 |
| 77 | 73F33BDDD94B5889A8E8758E88B3D09B30F3525E | Blacked Raw | 05/08/2018 14:50:14 | 05/07/2018 | 05/19/2018 | 16665915253 |
| 78 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/07/2017 09:42:54 | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 79 | 7C8023CDDDFB52DA97E2E4A518C37DB69EFF28C5 | Blacked | 05/05/2018 23:39:04 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 80 | 7FE462AAD56BDEAEE096DE1B2A66D6E90FFA8FCE | Blacked Raw | 01/28/2018 00:53:15 | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 81 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 06/28/2018 09:00:57 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 82 | 82749933807BDBFA6E37F97FFFB785FDA174B6C2 | Blacked | 01/01/2018 01:43:17 | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 83 | 82CFE888A0B2294E22FE65EEA71618E9726E1E11 | Vixen | 02/17/2018 04:13:32 | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 84 | 86441CC132531275ADC5F894C2663FFBF17AD3D7 | Blacked Raw | 01/18/2018 09:42:52 | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 85 | 868353D47C12FDD4FD5E71460DB067A4D8A0EF49 | Blacked Raw | 06/27/2018 05:38:38 | 06/26/2018 | 07/15/2018 | 16822264368 |
| 86 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/07/2017 00:02:48 | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 87 | 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275 | Vixen | 04/26/2018 11:58:57 | 04/24/2018 | 05/19/2018 | 16665915302 |
| 88 | 8B8DEE500ECB007329A8BDFE4876DF06B5568238 | Blacked | 04/10/2018 21:55:54 | 04/10/2018 | 05/23/2018 | PA0002101304 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | 8D59D2FF399FEF64B7DF0A0C5CE0A2FB593DAC6B | Blacked | 04/25/2018 20:08:00 | 04/25/2018 | 05/19/2018 | 16665887869 |
| 90 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/06/2018 13:14:13 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 91 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 12/23/2017 01:48:24 | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 92 | 9C643ACA38FD9D470613CE49A612A20A07950A43 | Vixen | 05/09/2018 13:03:10 | 04/29/2018 | 05/19/2018 | 16665915497 |
| 93 | 9E23D180CE13A745D888960C51567F094143E3F7 | Tushy | 04/23/2018 23:22:31 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 94 | 9FEF67B7211449EAC37C3C8AB46758A222FD9FA2 | Blacked | 02/15/2018 17:04:05 | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 95 | A1D29F25C0C4393FA8C8AB72BE1BAC6C914A0185 | Blacked | 03/07/2018 10:47:43 | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 96 | A20663D7352E7CB123646C56953D70B4B1A9DB27 | Blacked Raw | 05/17/2018 20:58:05 | 05/17/2018 | 05/19/2018 | 16665887918 |
| 97 | A62630310E9B12C6ECA5DE42C0B4737F82C500C3 | Blacked | 07/24/2018 21:22:28 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 98 | A825A5B2C0A69428CCCF8ABF9FCCFDBF0B27D533 | Tushy | 02/11/2018 10:10:23 | 02/10/2018 | 02/20/2018 | PA0002104201 |
| 99 | A9B46988134E77D5A58CEBF84C1C5E86D634DE84 | Blacked Raw | 04/23/2018 03:03:26 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 100 | AA244B88D35C16EC77D0485590B19D3F93EF7DC8 | Tushy | 05/29/2018 16:40:06 | 05/26/2018 | 06/30/2018 | 16758501472 |
| 101 | ABA6679BF8559143B35AA698BFA5B209D499EE98 | Tushy | 01/26/2018 23:51:43 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 102 | ADE1368B6E46C601134E08553491193B57B6B7C9 | Blacked Raw | 03/19/2018 02:33:51 | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 103 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | Blacked Raw | 04/12/2018 23:14:49 | 04/12/2018 | 05/19/2018 | 16665887442 |
| 104 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 04/29/2018 01:48:56 | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 105 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 01/01/2018 22:56:26 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 106 | B9E072232E0539EEBAFF9F6141443FE228C52360 | Blacked | 12/22/2017 12:04:25 | 12/21/2017 | 01/15/2018 | PA0002070941 |

Case 2:18-cv-05305-DRH-SIL   Document 9-1   Filed 04/05/19   Page 7 of 9 PageID #: 97

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 107 | BBCB17D52E2EF3886EA8720EB8D1D01CCCC96F71 | Blacked Raw | 02/06/2018 01:05:39 | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 108 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Raw | 12/29/2017 01:22:14 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 109 | BF0780F2FFDA83874CCA51107D499AED2E52AD92 | Blacked Raw | 12/12/2017 06:07:47 | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 110 | C0AF0E461A6C6EDA52D70A44F8B3685FD1ABCFA3 | Vixen | 08/06/2018 15:38:19 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 111 | C4D547831620292BAA2C18F6B30D7D0228151536 | Blacked Raw | 08/01/2018 18:06:05 | 07/31/2018 | 09/01/2018 | 16920689659 |
| 112 | C5F97651D6D0ACCAF80962B6D247D3DB106817EF | Blacked | 04/02/2018 02:07:51 | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 113 | C7FDB4D8F863F6A8ED3A9B43299FD16C3911DC30 | Blacked Raw | 04/27/2018 22:27:15 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 114 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | Blacked | 01/31/2018 00:59:01 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 115 | CA2BD24A9E144AAC283890A9F9FBF3997F62FF7D | Blacked Raw | 03/14/2018 08:14:38 | 03/13/2018 | 04/17/2018 | PA0002116738 |
| 116 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 03/28/2018 11:37:37 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 117 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | Tushy | 04/16/2018 21:58:45 | 04/16/2018 | 05/19/2018 | 16665915932 |
| 118 | D004FE4CC187D0709C94955D8BF728C72E039D05 | Blacked Raw | 05/23/2018 17:34:55 | 05/22/2018 | 06/30/2018 | 16758501976 |
| 119 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | Tushy | 02/15/2018 15:18:59 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 120 | D50BF8212FE5D98D5F36C1B12E745F493E67C6DE | Blacked Raw | 04/04/2018 00:01:15 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 121 | D9A9D5AE776DD9937796A8AE0509496FAF90C5B2 | Tushy | 03/25/2018 22:53:40 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 122 | DC534C39915DB91354BDB59D68CF5801FA94489E | Blacked | 08/19/2018 13:08:53 | 08/18/2018 | 09/01/2018 | 16920689272 |
| 123 | DF9CBA130CD5EE1CAD422EF89F1F0596026E4999 | Blacked | 01/10/2018 23:13:28 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 124 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | Tushy | 05/16/2018 20:41:14 | 05/16/2018 | 05/19/2018 | 16665887690 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 125 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/12/2017 05:55:00 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 126 | E12FD4D629A309DFE8E61034EB8298524FDBCC27 | Vixen | 01/20/2018 11:38:50 | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 127 | E135DF22FAE94A7DEFE4329C8BB36859890C01A5 | Tushy | 05/21/2018 19:03:23 | 05/21/2018 | 06/30/2018 | 16758569333 |
| 128 | E180A64C46C7FCDDC311D1A51F231341134AF9D6 | Blacked | 01/15/2018 23:33:42 | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 129 | E1AC97E4D746CD38BA83B931A613091AC06DFABE | Tushy | 02/15/2018 22:09:46 | 02/15/2018 | 03/02/2018 | PA0002104881 |
| 130 | E4AEFA16D44D4646EEDC6AF5593ABC709CBDD47D | Vixen | 07/25/2018 04:19:22 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 131 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | Blacked | 04/06/2018 12:10:49 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 132 | E6990CFF6229E49B81BC517342C9EB350EE10FB3 | Blacked | 08/04/2018 23:26:09 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 133 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 01/03/2018 09:39:53 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 134 | E8FDE02B470854F96FE03570C920B30F274A14E2 | Tushy | 08/15/2018 00:53:28 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 135 | EA709577A8FFDC2109C04A9DFA54759ADF8CE9AB | Blacked Raw | 06/07/2018 04:50:29 | 06/06/2018 | 06/30/2018 | 16761912409 |
| 136 | EC033492E93572F9A38F165C56FC88DDD20FCFE0 | Tushy | 03/03/2018 12:15:59 | 03/02/2018 | 04/17/2018 | PA0002116728 |
| 137 | EFDB886D8D69B8D7CC31153066C52424FA716283 | Vixen | 06/28/2018 08:35:21 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 138 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | Blacked | 03/28/2018 23:37:09 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 139 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | Tushy | 06/02/2018 06:09:28 | 05/31/2018 | 06/30/2018 | 16761909172 |
| 140 | F4AA138039846AD2D2205FAA3036CD827E520187 | Tushy | 01/18/2018 21:34:20 | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 141 | F86DA9055E92BAB95A05CB33F2FCE503D60EC42A | Blacked | 05/24/2018 19:19:44 | 05/24/2018 | 06/30/2018 | 16761900432 |
| 142 | F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418 | Tushy | 07/26/2018 17:04:36 | 07/25/2018 | 09/01/2018 | 16920689471 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 143 | FDAFB6514A92CABEE331EFE806E06E36AAEE19C5 | Blacked | 06/10/2018 02:24:49 | 06/09/2018 | 06/30/2018 | 16758501887 |
| 144 | FDF2C8AE50747F233C8E1FAA401D78348A23859C | Tushy | 05/13/2018 02:31:11 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 145 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | Vixen | 01/06/2018 01:42:13 | 01/04/2018 | 01/15/2018 | PA0002070947 |